UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLEN DAVID DANIEL,

        Petitioner,        Case Number: 06-12343-BC
                                     Honorable David M. Lawson

v.

BLAINE LAFLER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Order dismissing the petition for writ of habeas corpus entered on this date,

It is **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED**.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated: June 1, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 1, 2006.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS